UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

BANK OF LAKE MILLS,

                 Plaintiff,

     v.

FREEDOM STORES, INC.,
MILITARY CREDIT SERVICES LLC,
JOHN F. MELLEY, and
LEONARD B. MELLEY,

                 Defendants.

FREEDOM STORES, INC. and
JOHN F. MELLEY,

                 Third-Party Plaintiffs,

     v.

TY NEUPERT

                 Third-Party Defendant.

Case No. 3:19-CV-00115-JDP/SLC

---

## STIPULATION FOR DISMISSAL

---

       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Bank of Lake Mills,

Defendants/Third-Party Plaintiffs Freedom Stores, Inc. and John F. Melley, Defendants Military

Credit Services LLC and Leonard B. Melley, and Third-Party Defendant Ty Neupert, by and

through their undersigned counsel, hereby stipulate to the dismissal of the above-entitled action

with prejudice and without costs or fees to any party, and without further notice.

Respectfully submitted this 17th day of October, 2019.


GODFREY & KAHN, S.C.                          MEAGHER & GEER P.L.L.P.


*Electronically signed by Charles A. Gordon*      *Electronically signed by Karl J. Yeager*_____
  John L. Kirtley, SBN 1011577                   Karl J. Yeager, SBN 1047358
  Charles A. Gordon, SBN 1086536                 Kathleen Li Reitz, SBN 1087095
  833 East Michigan Street, Suite 1800           33 South Sixth Street, Suite 4400
  Milwaukee, WI 53202-5615                       Minneapolis, MN 55402
  Phone: 414-273-3500                            Phone: 612-338-0661
  Fax: 414-273-5198                              Fax: 612-877-3003
  jkirtley@gklaw.com                             kyeager@meagher.com
  cgordon@gklaw.com                              kreitz@meagher.com

*Attorneys for Bank of Lake Mills*               *Attorneys for Freedom Stores, Inc., Military*
*and Ty Neupert*                                 *Credit Services, LLC, Leonard B. Melley*
                                                 *and John F. Melley*

2